# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **JOHN WOOD, Executor of the estate of Judy Fillinger,** | ) ) ) | Case No. 1:20-cv-02537 |
| **Plaintiff,** | ) ) ) | Judge J. Philip Calabrese |
| | ) ) | Magistrate Judge Jonathan D. Greenberg |
| v. | ) ) | |
| **THIRD FEDERAL SAVINGS AND LOAN ASSOCIATIONS,** | ) ) ) | |
| **Defendant.** | ) | |

The Court having entered an Opinion and Order on December 22, 2022. This action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**


Dated: December 22, 2022               *s/   J. Philip Calabrese*
                                       J. PHILIP CALABRESE
                                       UNITED STATES DISTRICT JUDGE